In re Terrebonne Parish School Board et al.; Liner, Byron; Liner, Morris; Hebert, Claudia Liner; Liner, Gloria L.; Liner, Christopher; Liner, Quarnell P.; Liner, Gabriel J.; Liner, Michael; Liner, Timothy; Lovell, Glorietta Liner; Lirette, Mercedes Liner; Liner, Marie D.; Hutchinson, Mary Liner; Liner, Kevin G.; Voi-sin, Emmadel Liner; Liner, Collins Á. Jr.; — Plaintiffs; Applying for Supervisory and/or Remedial Writs, Parish of Terre-bonne, 32nd Judicial District Court Div. A, No. 126755; to the Court of Appeal, First Circuit, No. 2001 CW 0550.
Denied.
TRAYLOR, J., recused.
CALOGERO, C.J., would grant the writ.
KIMBALL, J., would grant the writ.